1  Jared T. Walker (SB#269029)
   2020 Capitol Avenue
2  Suite 7
   Sacramento, CA 95811
3  T: (916) 476-5044
   F: (916) 476-5064
4  jared@saclawoffices.com

5  Attorney for Plaintiff,
   DAWN WYDNER
6

7                    IN THE UNITED STATES DISTRICT COURT

8                    EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 9  DAWN WYDNER, real party in interest on behalf of GREGORY J. WYDNER, | Case No.: 2: 16-cv-00458-KJM- CMK |
| 10 | |
| 11      Plaintiff, | STIPULATION FOR FIRST 30 DAY EXTENSION FOR PLAINTIFF TO FILE OPENING BRIEF |
| 12         v. | |
| 13 CAROLYN W. COLVIN, Commissioner of Social Security, | |
| 14      Defendant. | |

15

16         IT IS STIPULATED, by and between the parties, through their respective counsel of record,

17  that the time for Plaintiff to file her Motion for Summary Judgment/Remand be extended thirty (30)

18  days until September 15, 2016.  This is Plaintiff's first request for an extension of time.  Despite due

19  diligence, Plaintiff's counsel has been unable to prepare Plaintiff's opening brief in accordance with

20  the current scheduling order due to counsel's current workload which has involved conflicting

21  deadlines in unrelated matters.

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE OPENING BRIEF

1   Dated: August 12, 2016                          Respectfully submitted,

2                                                   /s/ *Jared T. Walker*
                                                    Jared T. Walker,
3                                                   Attorney for Plaintiff

4   SO STIPULATED:

5                                                   PHILLIP A. TALBERT
                                                    United States Attorney
6
    Dated: August 12, 2016              By:         /s/ **Jeffrey T. Chen*
7                                                   (*authorized by e-mail on 8/12/2016*)
                                                    Jeffrey T. Chen
8                                                   Special Assistant United States Attorney
                                                    Attorneys for Defendant
9

10

11                                      ORDER

12

13  APPROVED AND SO ORDERED:

14

15  Dated:  August 16, 2016

16                                                  _____
                                                    CRAIG M. KELLISON
                                                    UNITED STATES MAGISTRATE JUDGE
17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE OPENING BRIEF