Jared T. Walker (SB#269029)
2020 Capitol Avenue
Suite 7
Sacramento, CA 95811
T: (916) 476-5044
F: (916) 476-5064
jared@saclawoffices.com

Attorney for Plaintiff,
DAWN WYDNER

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| DAWN WYDNER, real party in interest on behalf of GREGORY J. WYDNER,<br><br>     Plaintiff,<br><br>     v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>     Defendant. | Case No.: 2: 16-cv-00458-KJM- CMK<br><br>STIPULATION FOR FINAL 10 DAY EXTENSION FOR PLAINTIFF TO FILE OPENING BRIEF |
|---|---|

IT IS STIPULATED, by and between the parties, through their respective counsel of record, that the time for Plaintiff to file her Motion for Summary Judgment/Remand be extended ten additional days until September 26, 2016.  Undersigned counsel represents no further extensions of time will be requested on Plaintiff's behalf.  Plaintiff's counsel has substantially prepared Plaintiff's opening brief but requires additional time to finalize the brief due to conflicting deadlines and obligations for Plaintiff's counsel to meet in separate matters.  Plaintiff does not make this request for purposes of delay.

///

///

///

///

///

///

| | |
|---|---|
| Dated: September 15, 2016 | Respectfully submitted, |
| | /s/ *Jared T. Walker* |
| | Jared T. Walker, |
| | Attorney for Plaintiff |

SO STIPULATED:

                                                              PHILLIP A. TALBERT
United States Attorney

Dated: September 15, 2016        By:   /s/ *Jeffrey T. Chen*
(**authorized by e-mail on 9/15/2016*)
Jeffrey T. Chen
Special Assistant United States Attorney
Attorneys for Defendant

ORDER

Based on the stipulation of the parties, IT IS ORDERED that the deadline for Plaintiff to file her motion for summary judgment in this action is extended through September 26, 2016. No additional extensions of time will be granted to Plaintiff. All other aspects of the Scheduling Order previously issued in this action remain unchanged.

Dated: September 22, 2016

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE