PHILIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
JEFFREY CHEN, CSBN 260516
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone: (415) 977-8939
    Facsimile: (415) 744-0134
    Email: Jeffrey.Chen@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DAWN WYDNER, | ) Civil No. 2:16-cv-00458-KJM-CMK |
|     Plaintiff, | ) **STIPULATION AND ORDER FOR A** |
| | ) **FIRST EXTENSION OF TIME FOR** |
|     v. | ) **DEFENDANT TO FILE HER** |
| | ) **RESPONSIVE BRIEF** |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
|     Defendant. | ) |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a first extension of time of 30 days to file her responsive brief.  Defendant respectfully request this additional time because a recent series of attorney departures from the office have resulted in significant reassignments of work, including a Ninth Circuit oral argument and a Ninth Circuit responsive brief to the undersigned.

Stip. to Extend Def.'s MSJ

The new due date for Defendant's responsive brief will be Friday, November 25, 2016.

Respectfully submitted,

Date: _November 6, 2016_                LAW OFFICE OF JARED T. WALKER

By:   _/s/ Jared Walker*_
      JARED WALKER
      *By email authorization on Nov. 6, 2016*
      Attorney for Plaintiff

Date: _November 6, 2016_                PHILIP A. TALBERT
                                        Acting United States Attorney

By:   _/s/ Jeffrey Chen_
      JEFFREY CHEN
      Special Assistant United States Attorney
      Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

Dated:  November 10, 2016

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

Stip. to Extend Def.'s MSJ

2