PHILIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
JEFFREY CHEN, CSBN 260516
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone: (415) 977-8939
    Facsimile: (415) 744-0134
    Email: Jeffrey.Chen@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DAWN WYDNER, | ) Civil No. 2:16-cv-00458-KJM-CMK |
| Plaintiff, | ) **STIPULATION AND ORDER FOR A SECOND EXTENSION OF TIME FOR DEFENDANT TO FILE HER MSJ** |
| v. | ) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a second extension of time of 7 days from today to file her MSJ.  Defendant respectfully request this additional time because of an extremely heavy caseload, including a just completed Ninth Circuit oral argument the previous week requiring extensive preparation time and travel to Pasadena.  In addition, upon review of Plaintiff's contentions, the undersigned believes there is a reasonably possibility of settlement in lieu of further litigation, and requests this additional time to consult with the client.

The new due date for Defendant's responsive brief will be Wednesday, February 22, 2017.

Date: *February 15, 2017*          LAW OFFICE OF JARED T. WALKER

                                   By:  */s/ Jared Walker*
                                        JARED WALKER
                                        *\* By email authorization on Feb. 15, 2017*
                                        Attorney for Plaintiff

Date: *February 15, 2017*          PHILIP A. TALBERT
                                   United States Attorney

                                   By:  */s/ Jeffrey Chen*
                                        JEFFREY CHEN
                                        Special Assistant United States Attorney
                                        Attorneys for Defendant

<u>ORDER</u>

APPROVED AND SO ORDERED:

Dated: February 16, 2017

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

Stip. to Extend Def.'s MSJ

2