PHILIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
JEFFREY CHEN, CSBN 260516
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone: (415) 977-8939
    Facsimile: (415) 744-0134
    Email: Jeffrey.Chen@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DAWN WYDNER,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY A, BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No. 2:16-cv-00458-KJM-CMK<br><br>**STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)** |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to <u>sentence four</u> of 42 U.S.C. § 405(g).  The purpose of the remand is to offer Plaintiff a new hearing and decision.

1  Upon remand to the defendant, the Office of Disability Adjudication and Review
2  (ODAR) will remand this case to an Administrative Law Judge (ALJ) and direct him or her to
3  evaluate and explain the weight given to the medical opinion evidence.  Specifically, the ALJ
4  should evaluate the opinion of Dr. John Stoner III.  ODAR will vacate the prior ALJ decision
5  and Plaintiff will receive a de novo hearing.

Respectfully submitted,

Date: *February 22, 2017*   LAW OFFICE OF JARED T. WALKER, PC

By:   */s/ Jared Walker\**
JARED WALKER
*\* By email authorization on Feb. 22, 2017*
Attorney for Plaintiff

Date: *February 22, 2017*   PHILIP A. TALBERT
United States Attorney

By:   */s/ Jeffrey Chen*
JEFFREY CHEN
Special Assistant United States Attorney
Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

Dated:  February 23, 2017

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

Stip. to Remand

2