UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dawn Wydner, real party in interest on behalf of Gregory J. Wydner,<br><br>              Plaintiff,<br><br>     v.<br><br>Martin O'Malley,<br>Commissioner of Social Security,<br><br>              Defendants. | No. 2:16-cv-00458-KJM-DMC<br><br>ORDER |

The Magistrate Judge previously granted plaintiff's unopposed motion for attorneys' fees in this action under the Social Security Act.[1]  ECF No. 29.  The court awarded fees "in the amount of $7,689.83, payable directly to plaintiff by the Commissioner."  *Id.*  Plaintiff filed timely objections requesting the court direct payment directly to counsel, as she previously had agreed, "provided plaintiff has no federal debt that requires offset."  Objections at 2, ECF No. 30; Walker Decl. ¶ 3, ECF No. 26.  The court sustains the objection and awards fees in the amount of $7,689.83, payable directly to counsel, Jared Walker, by the Commissioner, provided plaintiff has no federal debt that requires offset.  *See, e.g.*, *Fagan v. Berryhill*, No. 16-02051, 2018 U.S. Dist.

---

[1] The current Commissioner of Social Security is substituted automatically as the defendant in this action.  *See* Fed. R. Civ. P. 25(d).

1

1 LEXIS 181992, at *9 (E.D. Cal. Oct. 23, 2018) (ordering similarly and collecting similar

2 decisions).

3     IT IS SO ORDERED.

4 DATED: January 16, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE